IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                                  ORDER

v.

                                                  Case No. 10-mj-118-slc

MARLA AHLGRIMM,

        Defendant.

---

The defendant in the above-entitled case has been:

_____ convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the State Department.

The State Department is not to reissue a passport without approval of U.S. Probation.

_____ convicted of the charge against her and no appeal is pending. Therefore, it is directed that the passport be transferred to the INS Regional Office in Milwaukee, Wisconsin.

\_\_\_\_X\_\_\_\_ acquitted of the charge against her and/or the charge against her has been dismissed. Therefore, it is directed that the passport be returned to the defendant or her authorized representative.

_____ Defendant is deceased. Therefore, it is directed that the passport be returned to the State Department.

Dated this 15th day of December, 2010.

BY THE COURT:

_/s/ Stephen L. Crocker_
STEPHEN L. CROCKER
Magistrate Judge

cc:    USA, Defense Atty, USPO